ACCEPTED
03-14-00469-CR
3852893
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 5:04:54 PM
JEFFREY D. KYLE
CLERK

# COURT OF APPEALS

## THIRD JUDICIAL DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 5:04:54 PM
JEFFREY D. KYLE
Clerk

## AUSTIN, TEXAS

| | | |
|---|---|---|
| MITCHELL HOLLIS WRIGHT | § | COURT OF APPEALS |
| | § | |
| V. | § | |
| | § | 03-14-00468-CR |
| | § | 03-14-00469-CR |
| | § | |
| THE STATE OF TEXAS | § | DISTRICT COURT NO. |
| | | CR23,384/CR23,385 |

## MOTION TO EXTEND TIME TO FILE APPELLANT BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the undersigned attorney who Pursuant to TRAP 10.5 (b) who states:

### I.

Appellee's brief was due on December 15, 2014.  Appellee was unaware of the filing of Appellant's brief as the attorney for appellant used the personal email of an Assistant District Attorney in this office and notice was not received.  Appellant's attorney now has the correct email for notifications to our office.  Appellee requests a thirty (30) day extension from this date for the filing of Appelee's brief.  Appellee has not previously sought an extension.

### Certificate of Counsel

Pursuant to TRAP 10.0(a)(5), the undersigned counsel certifies that he conferred with Justin Bradford Smith, Appellent's counsel who does not oppose this Motion.

_/s/ W.W. Torrey_ 
W.W. Torrey
Milam County District Attorney

Wherefore, Premises considered, Counsel prays that his Motion to Extend Time be in all regards granted.

Respectfully submitted,

/s/ W.W. Torrey
W.W. Torrey
County and District Attorney
204 N. Central
Cameron, Texas 76520
(254) 697-7013
(254) 697-7016 Facsimile
State Bar No. 20144700
Email:  daoffice@milamcounty.net

I, the undersigned attorney of record, swear under oath that the above Motion is true and correct.

/s/ W.W. Torrey
W.W. Torrey
County and District Attorney

SIGNED under oath before me on January 21, 2015.

/s/ Donelle J. Keen
Notary Public, State of Texas

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing Motion was delivered via facsimile to Justin Bradford Smith at 254-771-2082 on this the 21st day of January, 2015.

/s/ W.W. Torrey
W.W. Torrey
County and District Attorney